ANTHONY E. BASILICATO *v.* STATE OF
CONNECTICUT ET AL.
(AC 19975)

Lavery, C. J., and Spear and Mihalakos, Js.

Argued September 27—officially released October 24, 2000

*Anthony E. Basilicato*, pro se, the appellant
(plaintiff).

*Robert F. Vacchelli*, assistant attorney general, with
whom, on the brief, was *Richard Blumenthal*, attorney
general, for the appellees (defendants).

*Opinion*

PER CURIAM. The plaintiff, Anthony E. Basilicato,
appeals from the judgment of the trial court dismissing
his appeal from the decision of the defendant state
board of firearms permit examiners (board), upholding
the denial of his application for a pistol permit. In his
appeal, the plaintiff raises thirteen issues, claiming that
the court improperly failed to sustain his appeal, and
that the board and the issuing authority, the West Haven
chief of police, acted improperly in failing to grant him
the permit.

Our examination of the record and briefs persuades
us that the judgment of the court should be affirmed.
The issues presented at trial were resolved properly in

the court's thoughtful and comprehensive memorandum of decision. See *Basilicato* v. *State*, 46 Conn. Sup. 550, 760 A.2d 155 (1999). Because that decision fully addresses most of the arguments raised in this appeal, we adopt it as a proper statement of the facts and the applicable law on those issues. It would serve no useful purpose for us to repeat the discussion contained in the trial court's decision. See *East* v. *Labbe*, 54 Conn. App. 479, 479–80, 735 A.2d 370 (1999), aff'd, 252 Conn. 359, 746 A.2d 751 (2000). Any issues not raised at the trial level have been reviewed by us, and we find them to be without merit.

The judgment is affirmed.